329

13 P.3d 1234

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| 4000 Old Pali Road Partners v. Metcalf | 22150 | 10/11/2000 | Affirmed |
| State v. Silk | 22970 | 10/27/2000 | Vacated and Remanded |
| Nakamura v. Nakamura | 21767 | 10/27/2000 | Affirmed in part, Reversed in part and Remanded |

| | | | |
|---|---|---|---|
| State v. West | 21844 | 04/03/2000 | Granted |
| State v. Hoang | 21869 | 11/13/2000 | Denied |